No. 90–451. PUBLIC EMPLOYEES RETIREMENT SYSTEM OF OHIO *v.* BETTS. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. ▮

No. 90–540. VACCARO *v.* JORLING, COMMISSIONER OF NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 90–550. EAST ASIATIC CO., INC., ET AL. *v.* RSR CORP. ET AL. Ct. App. Wash. Motion of Government of Denmark for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 90–5156. BARNES *v.* DALLAS COUNTY CHILD WELFARE UNIT OF THE TEXAS DEPARTMENT OF HUMAN RESOURCES. Ct. App. Tex., 5th Dist. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 90–5416. ANTOINE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari. ▮

No. 90–5434. VARGAS-VICTORIA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE MARSHALL would grant certiorari.

No. 90–5641. SIEBERT *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentence in this case.

No. 89–7818. MACGUIRE *v.* RASMUSSEN, *ante*, p. 841; and

No. 90–5084. CHURCH *v.* THOMPSON ET AL., *ante*, p. 860. Petitions for rehearing denied. JUSTICE SOUTER took no part in the consideration or decision of these petitions.